**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SCOTT GRIFFES,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)l**<br>**)**<br>**)**<br>**)** | **Case No. 4:21cv03069** |

**JOINT SCHEDULING AND DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

| | | |
|---|---|---|
| **1.** | **August 9, 2022** | **COMPLETION OF DISCOVERY** |
| **2.** | **August 23, 2022** | **DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT** |
| **3.** | **September 20, 2022** | **PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FILE CROSS-MOTION FOR SUMMARY JUDGMENT** |
| **4.** | **October 11, 2022** | **DEFENDANT TO FILE RESPONSE TO THE CROSS MOTION AND FILE REPLY IN SUPPORT OF ITS MOTION** |
| **5.** | **November 1, 2022** | **PLAINTIFF TO FILE REPLY IN SUPPORT OF HIS MOTION** |

Signed on ____________, 2022, at Houston, Texas.

______________________________
Judge Kenneth M. Hoyt
United States District Judge

January 21, 2022
Date

/s/ Selina Valdez
Selina Valdez
Counsel for Plaintiff

January 21, 2022
Date

/s/ Iwana Rademaekers
Iwana Rademaekers
Counsel for Defendant